DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PAUL R. CONLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-769

————————————————

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Charlotte County; Geoffrey H. Gentile, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.